# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LARRY WILLIAMS,

Plaintiff

vs

SCRIBD, INC., a corporation; GalaxiaMia sued As Doe 1; api_user_11797_malvik as Doe 2; alukmanto as Doe 3; api_user_11797_NEBOJSAJE as Doe 4; mikaj as Doe 5; Srikanthbnm as Doe 6; api_user_11797_Sathis sued as Doe 7; (Continued on Attachment)

Defendants

FILED

09 AUG 25 PM 1:39



## SUMMONS IN A CIVIL ACTION

Case No. '09 CV 1836 LAB  WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kurt W. Hallock, Law Office of Kurt W. Hallock, 110 West C Street, Suite 1905, San Diego, California 92101. (619) 615-0726.

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

8/25/09
DATE

CLERK

S. YAPTANGCO

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# ATTACHMENT TO SUMMONS

<u>Larry Williams v. Scribd, Inc., et al;</u>

(Defendants continued.)

api_user_11797_tevado... sued as Doe 8;  )
api_user_11797_ingrid...sued as Doe 9; and  )
Does 10 to 40 are upload infringers to be named;)
              Defendants.  )
_____  )