Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Yuo-Fong C. Amato, Bar No. 261453
email bamato@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Attorneys for Defendant
SCRIBD, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAMS,<br><br>             Plaintiff,<br><br>     vs.<br><br>SCRIBD, INC., a corporation, GalaxiaMia sued as DOE 1; api_user_11797_malvik as DOE 2; alukmanto as DOE 3; api_user_11797_NEBOJSAJE as DOE 4; mikaj as Doe 5; Srikanthbnm sued as DOE 6; api_user_11797_Sathis sued as DOE 7; api_user_11797_tevado… sued as DOE 8; api_user_11797_ingrid… sued as DOE 9; and DOES 10 to 40 are upload infringers to be named,<br><br>             Defendants. | CASE NO.  09-cv-1836-LAB-WMc<br><br>**NOTICE OF APPEARANCE**<br><br>Judicial Officer: Hon. Larry A. Burns<br>Department: 9 |

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states her appearance as one of counsel of record for Defendant SCRIBD, INC.:

> Yuo-Fong C. Amato (State Bar No. 261453)
> Gordon & Rees LLP
> 101 W. Broadway, Suite 2000
> San Diego, California 92101
> Telephone: (619) 696-6700   Facsimile: (619) 696-7124

Dated: December 3, 2009                 by   *s/ Yuo-Fong C. Amato*
                                                  Yuo-Fong C. Amato
                                                  Email: bamato@gordonrees.com

-1-

NOTICE OF APPEARANCE
CASE NO. 09-cv-1836-LAB-WMC

Dockets.Justia.com