**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY WILLIAMS,<br>    Plaintiff<br><br>    vs.<br><br>SCRIBD, INC., et al,<br>Defendants, | ) Case No. 09-CV-1836-LAB-WMc<br>)<br>) **DECLARATION OF SERVICE**<br>)<br>) Person Served: Richard P. Sybert,<br>)  Gordon & Rees,<br>) Date Served: February 5, 2010 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

First Amended Complaint for 1) Copyright Infringement; 2) Contributory Copyright Infringement; 3) Vicarious Copyright Infringement; and 4)Misappropriation of Right of Publicity w/ Exhibits

in the following manner: (check one)

    1) ____XXX__By personally delivering copies to the person served, Richard P. Sybert, GORDON & REES, 101 W. Broadway, Suite 1600, San Diego, CA 92101.

    2) _____By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

    3) _____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

    4) _____By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on February 5, 2010.

Executed on February 5, 2010 at San Diego, California.


                                ___/s/ Kurt W. Hallock_____

1

PROOF OF SERVICE