# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Williams v. Scribd, Inc.          <u>Case No</u>: 09-CV-1836

<u>HON.</u> Larry A. Burns        <u>CT. DEPUTY</u> Tisha Washam     <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:     No appearance.

<u>Defendant(s)</u>:     No appearance.

Currently on calendar for Monday, February 22, 2010 at 11:15 a.m. is a hearing on Defendant's motion to dismiss. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument. Accordingly, the hearing is taken off calendar and the motion is taken under submission. No appearances will be required on February 22, 2010.

DATED: February 17, 2010                   INITIALS: <u> HJA </u> Law Clerk