UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAMS, </br></br> Plaintiff, </br></br> vs. </br></br> SCRIBD, INC., a corporation, GalaxiaMia sued as DOE 1; api_user_11797_malvik as DOE 2; alukmanto as DOE 3; api_user_11797_NEBOJSAJE as DOE 4; mikaj as Doe 5; Srikanthbnm sued as DOE 6; api_user_11797_Sathis sued as DOE 7; api_user_11797_tevado… sued as DOE 8; api_user_11797_ingrid… sued as DOE 9; and DOES 10 to 40 are upload infringers to be named, </br></br> Defendants. | CASE NO. 09-cv-1836-LAB-WMc </br></br> **[PROPOSED] ORDER GRANTING DEFENDANT SCRIBD, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SURREPLY TO MOTION TO DISMISS** |

The *ex parte* motion of Defendant Scribd, Inc. to file a response to Plaintiff Larry Williams's Surreply to the Motion to Dismiss came before this Court in Department 9, Honorable Larry A. Burns, Judge Presiding.

After full consideration of the motion papers, and good cause having been shown, the Court hereby GRANTS Defendant Scribd, Inc.'s *ex parte* motion, which must be filed by _____, 2010. It is so ORDERED.

Dated: _____  _____
Larry A. Burns
United States District Court Judge