Kurt W. Hallock, CSB #131893
LAW OFFICE OF KURT W. HALLOCK
110 West "C" Street, Suite 1905
San Diego, California 92101
kwhallock@hallocktriallaw.com
Telephone: (619) 615-0726
Facsimile : (619) 615-0728
Attorney for Plaintiff LARRY WILLIAMS

Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Yuo-Fong C. Amato, Bar No. 261453
email bamato@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Attorneys for Defendant SCRIBD, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAMS,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SCRIBD, INC., a corporation, GalaxiaMia sued as DOE 1; api_user_11797_malvik as DOE 2; alukmanto as DOE 3; api_user_11797_NEBOJSAJE as DOE 4; mikaj as Doe 5; Srikanthbnm sued as DOE 6; api_user_11797_Sathis sued as DOE 7; api_user_11797_tevado… sued as DOE 8; api_user_11797_ingrid… sued as DOE 9; and DOES 10 to 40 are upload infringers to be named,<br><br>　　　　　　Defendants. | CASE NO. 09-cv-1836-LAB-BGS<br><br>**JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT SCRIBD, INC.** |

/ / /

1  Plaintiff Larry Williams ("Plaintiff") and Defendant Scribd, Inc. ("Defendant" or
2  "Scribd") respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the
3  Federal Rules of Civil Procedure.  Plaintiff and Defendant hereby jointly move to dismiss with
4  prejudice all remaining claims in this action as to Defendant Scribd, based on a private,
5  confidential settlement agreement.  The parties reached the settlement before Magistrate Judge
6  Bernard G. Skomal and consented to Judge Skomal's retention of jurisdiction for the
7  enforcement of the settlement and all further action in this case. Accordingly, the parties
8  respectfully request that this Court dismiss Plaintiff's remaining claims against Defendant Scribd
9  with prejudice *nunc pro tunc* to enforcement of the private settlement by  Magistrate Judge
10 Skomal.

12 Respectfully submitted,
13 Dated: October 29, 2010                      LAW OFFICES OF KURT W. HALLOCK

                                                by  s/Kurt W. Hallock/
15                                                  Kurt W. Hallock
                                                    Attorney for Plaintiff
16                                                  LARRY WILLIAMS

18 Dated:  October 29, 2010                    GORDON & REES LLP

                                                by  s/Richard P. Sybert/
19                                                  Richard P. Sybert
                                                    Yuo-Fong C. Amato
20                                                  Attorneys for Defendant
                                                    SCRIBD, INC.

-2-

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard P. Sybert, counsel of record for Defendant Scribd, Inc., and that I have obtained Mr. Sybert's authorization to affix his electronic signature to this document.

Dated: October 29, 2010                LAW OFFICES OF KURT W. HALLOCK

                                       by  s/Kurt W. Hallock/
                                       Kurt W. Hallock
                                       Attorney for Plaintiff
                                       LARRY WILLIAMS

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego where this service occurred. My business address is 110 West "C" Street, Suite 1905, San Diego, California 92101. I hereby certify that on October 29, 2010, I electronically transmitted:

1) Joint Motion for Dismissal of Claims Against Defendant Scribd, Inc.; 2) [Proposed] Order Granting Joint Motion for Dismissal.

To the Clerk's Office pursuant to Electronic Case Filing Administrative Policies and Procedures using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants who have consented to electronic service through the Court's transmission facilities:

Richard P. Sybert, e-mail: rsybert@gordonrees.com; Yuo-Fong C. Amato, e-mail: bamato@gordonrees.com;   Attorneys for Defendant Scribd, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 29, 2010 at San Diego, CA.

                                       _____s/Kurt W. Hallock_____
                                       Kurt W. Hallock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACEW/1060327/8687169v.1